IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

WILLIAM SCOTT HOWARD, SR.,

Plaintiff,

v. No. 1:25-cv-01281-JDB-jay

HENDERSON, CHESTER COUNTY,
POLICE DEPARTMENT, et al.,

Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION

---

Before the Court is the complaint of Plaintiff, William Scott Howard, Sr. (Docket Entry ("D.E.") 1.) By administrative order, this matter was referred to the United States magistrate judge for management of all pretrial matters and for determination and/or report and recommendation as appropriate. Admin. Order 2013-05. After reviewing the complaint, Magistrate Judge Jon A. York, on September 4, 2026, recommended that it be dismissed in its entirety for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted. (D.E. 11 at PageID 39.) At the end of the report and recommendation, Judge York notified the parties that, if they disagreed with the recommendation, they were required to file an objection within fourteen days. (*Id.*) He added that "[f]ailure to file objections within fourteen (14) days may constitute waiver and/or forfeiture of objections, exceptions, and further appeal." (*Id.* (emphasis omitted)).

Plaintiff seemingly had not received a copy of the report and recommendation. The address he provided in his complaint was "4905 Glendale Rd Henderson, TN 38340." (D.E. 1 at PageID 6.) His return address was later listed as "P.O. Box 1014 Lexington, TN 38351" ("P.O. Box

Address"). (*See* D.E. 8-1.) He utilized the P.O. Box Address in the following filings:

1. Motion to Enter Charges and Allegations, filed March 13, 2026 (D.E. 8; *see* D.E. 8-1)
2. Notice of Filing, filed April 20, 2026 (D.E. 9; *see* D.E. 9-1)
3. Notice of Filing, filed May 29, 2026 (D.E. 10; *see* D.E. 10-1)

Thus, the Clerk's office mailed a copy of the report and recommendation to the P.O. Box Address. However, that mail and the enclosed report and recommendation was returned as undeliverable on September 11, 2026. (D.E. 12.)

Plaintiff's last filing was over three months ago, and he has failed to provide any notice of a change of address. Therefore, the Court assumes that Howard has opted not to continue pursuing his claims as "[i]t is not the Court's duty to search out and locate the plaintiff." *See Williams v. Blanchard*, No. 3:12-0932, 2014 WL 3672105, at *2 (M.D. Tenn. July 23, 2014). Further, no other party has objected to the Magistrate Judge's report and recommendation, and the time for doing so has expired. Consequently, all parties have forfeited any objections they may have had to the report and recommendation. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)).

Accordingly, upon review of the record, the report and recommendation (D.E. 11) is ADOPTED, and this case is DISMISSED. Plaintiff's motion to enter charges and allegations (D.E. 8) is DENIED as MOOT.

IT IS SO ORDERED this 24th day of September 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE